**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2431**

---

TRANSAMERICA    OCCIDENTAL    LIFE    INSURANCE
COMPANY, a California Corporation,

Plaintiff - Appellee,

versus

LAUNEIL SANDERS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Robert D. Potter, Senior
District Judge. (CA-94-53-3-P)

---

Submitted:  July 29, 1997        Decided:  September 12, 1997

---

Before HALL, MURNAGHAN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Launeil Sanders, Appellant Pro Se.  Louis Adams Bledsoe, III,
Stephen Graham Robinson, ROBINSON, BRADSHAW & HINSON, P.A., Char-
lotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Launeil Sanders appeals the district court's order of judgment against him and in favor of Transamerica Occidental Life Insurance Co. We have reviewed the record and the district court's opinion and find no reversible error. The district court acted in accordance with our decision in <u>Transamerica Occidental Life Insurance Co. v. Sanders</u>, No. 96-1147 (4th Cir. July 8, 1996) (unpublished). Therefore, we deny Sanders's motion for sanctions and affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>